UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: MC 05-23S** **DATE: June 15, 2005**

**TITLE: KEVIN FLANAGAN, ET AL v. WYNDHAM INTERNATIONAL, INC., ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Staci Kolb**
**Joseph Petrosinelli**

**Defendant: Jeffrey Techentin**

*********************************************************************************

**Proceedings: Defendants' Motion to Compel**

**All counsel of record present. Defendants argue motion to compel. Plaintiffs state objections. Defendants respond to the objections. Plaintiffs respond. Court grants defendants' motion to compel. Court to prepare an order. Court schedules a hearing on July 7, 2005 at 2:00 pm on defendants' request for attorney fees.**