**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **KEVIN FLANAGAN and EILEEN FLANAGAN, in their own right and as next friend of C.F., a minor,**<br><br>**vs.**<br><br>**WYNDHAM INTERNATIONAL, INC., WYNDHAM MANAGEMENT CORP., SUGAR BAY CLUB and RESORT CORP, RIK BLYTH, and BRYAN HORNBY,** | **C.A. No.: 05-MC-23 S**<br><br>**Now pending in the United States District Court of the Virgin Islands as C.A. 2002/237-G/C and C.A. 2003/155-C/G** |
| **BRIAN JAMES and LINDA JAMES, as parents and next friend of, and on behalf of B.J., a minor,**<br><br>**vs.**<br><br>**WYNDHAM INTERNATIONAL, INC., WYNDHAM MANAGEMENT CORP., SUGAR BAY CLUB and RESORT CORP., RIK BLYTH and BRYAN HORNBY** | |

**DECLARATION OF DOUGLAS C. BEACH**

I, DOUGLAS C. BEACH, being first duly sworn, do hereby state and aver as follows:

1. My name is Douglas C. Beach and I am an adult resident of the United States Virgin Islands. I am not under any mental disability and have personal knowledge of the matters herein.

2. I am an attorney licensed in the Superior Court for the Territory of the U.S. Virgin Islands, and in the Federal Court for the District of the U.S. Virgin Islands, and I am currently counsel of record for defendants, Wyndham International, Inc., Wyndham Management Corp., Sugar Bay Club and Resort Corp. and Rik Blyth in the above-entitled actions. I have also been admitted *Pro Hac Vice* to the District Court of Rhode Island during these proceedings.

3. This Declaration is made for the purpose of complying with the Order of the District Court of Rhode Island dated June 29, 2005 by Magistrate Judge Martin that defense counsel submit their attorneys fees and costs associated with the filing of the Wyndham Defendants' Petition to Enforce Subpoenae; Declaration of Douglas C. Beach; Memorandum of Law in Support of Petition to Enforce Subpoenae, all filed on or about February 16, 2005, and Wyndham Defendants' Motion to Compel filed on or about April 29, 2005. The attorneys fees and costs set forth below also include the preparation for and appearance at the James depositions pursuant to the Court's initial Order of March 29, 2005.

4. I spent at least the following time devoted to the Wyndham Defendants' Petition to Enforce Subpoenae; Declaration of Douglas C. Beach; Memorandum of Law in Support of Petition to Enforce Subpoenae and Motion to Compel, as well as the Court-ordered depositions of the James which occurred on or about April 14, 2005:

| Date | Description | Hours |
|---|---|---|
| 2/03/05 | Review Plaintiffs' Privilege Log and Supplemental Privilege Log as to redacted and withheld documents and the James deposition testimony as to the Linda James notes contained therein and the correspondence re same. | 0.9 |
| 02/03/05 | Correspondence to Attorney Petrosinelli re deficiencies with the James depositions and failure to produce the notes of Linda James. | 0.7 |
| 02/04/05 | Telephone conference with Attorney Techentin re filing appropriate motion in Rhode Island and/or the Virgin Islands dealing with the James depositions – Plaintiffs' counsel's instruction not to answer questions, errata sheet changes and refusal to produce document under claims of work product and/or attorney-client privilege. | 0.8 |
| 02/04/05 | Correspondence to Attorney Techentin re his review of the James depositions – Plaintiffs' counsel's instruction not to answer questions, errata sheet changes and refusal to produce document under claims of work product and/or attorney-client privilege, and need to prepare appropriate motion. | 0.4 |
| 02/08/05 | Prepare for the "meet and confer" conference with Plaintiffs' counsel today regarding outstanding issues dealing with the James depositions. | 0.1 |
| 02/08/05 | Telephone conference call with Attorneys Boback, Schroeder and Petrosinelli re the "meet and confer" conference as to outstanding discovery issues. | 0.1 |
| 02/11/05 | Telephone conference with Attorney Techentin re Virgin Islands Magistrate Judge Resnick's May 19, 2003 Order and District Judge Moore's vacating same on Oct. 1, 2004 regarding purported "common interest" privilege. | 0.3 |
| 02/14/05 | Telephone conference with Attorney Techentin re initial drafts of Petition to Enforce Subpoena with respect to the depositions | |

| | | |
|---|---|---|
| | of Brian and Linda James and production of document; Memorandum in Support and Declaration of Douglas C. Beach in Support, along with Exhibits and Pro Hac Admission. | 0.2 |
| 02/14/05 | Receive and review initial drafts of Petition to Enforce Subpoena with respect to the depositions of Brian and Linda James and production of document; Memorandum in Support and Declaration of Douglas C. Beach in Support, along with Exhibits and Pro Hac Admission. | 0.8 |
| 02/15/05 | Telephone conference with Attorney Millsom regarding exhibits to be attached to the Petition to Enforce Subpoena with respect to the depositions of Brian and Linda James and production of document and Pro Hac Admission. | 0.3 |
| 02/16/05 | Review deposition testimony of Brian James as to his involvement with the V.I. Attorney General's Office, its attorneys and investigators, and deposition testimony of Linda James with respect to her notes of the incident to be used as exhibits; revise the Petition to Enforce Subpoena with respect to the depositions of Brian and Linda James, and production of document, Memorandum in Support and Declaration of Douglas C. Beach in Support. | 2.1 |
| 02/16/05 | Telephone conference with Attorney Millsom re James parents' testimony, additional exhibits needed and modifications to be made to the Petition to Enforce Subpoena with respect to the depositions of Brian and Linda James and production of document, Memorandum in Support and Declaration of Douglas C. Beach in Support. | 1.3 |
| 02/16/05 | Review and make final revisions to the Petition to Enforce Subpoena, Memorandum in Support and Declaration of Douglas C. Beach in Support. | 0.7 |
| 02/16/05 | Telephone conference with Attorney Millsom re final revisions to the Petition to Enforce Subpoena, Memorandum in Support and Declaration of Douglas C. Beach in Support, and | |

| | | |
|---|---|---|
| | conversation with Clerk of the Court as to service of Petition on James family. | 0.9 |
| 03/01/05 | Prepare Affidavit for Admission Pro Hac Vice for District Court of Rhode Island dealing with the pending Petition for Enforcement of Subpoena as to the Plaintiffs/James depositions and production of documents. | 0.4 |
| 03/01/05 | Correspondence to Attorney Millsom re Affidavit for Admission *Pro Hac Vice* for District Court of Rhode Island and any Opposition of Plaintiffs' to the pending Petition for Enforcement of Subpoena as to the Plaintiffs /James depositions and production of documents. | 0.4 |
| 03/07/05 | Receive, review and respond to various correspondence from Attorney Techentin as to the status of the Petition for Enforcement, admission to the bar and the hearing scheduled for March 21. | 0.7 |
| 03/08/05 | Legal research re standards for determining attorney-client privilege and work product doctrine, and review FRCP 5 and 6, commentary and cases in conjunction with the local Rhode Island rules with respect to computing due date for Plaintiffs' Opposition and our Reply to same regarding the Wyndham Defendants Petition for Enforcement of Subpoena as to the Plaintiffs/James depositions and production of documents. | 1.5 |
| 03/08/05 | Telephone conference with Attorney Techentin re late filing of Plaintiffs' Opposition to the Petition for Enforcement of Subpoena as to the Plaintiffs/James depositions and production of documents. | 0.4 |
| 03/09/05 | Receive, review and respond to various correspondence from Attorney Techentin as to arguments raised by Plaintiffs in their Opposition, including the "common interest" privilege. | 0.9 |
| 03/10/05 | Telephone conference with Attorney Techentin re Plaintiffs Opposition, the "common interest" privilege and additional case law supportive of Defendants' position. | 0.3 |

| | | |
|---|---|---|
| 03/14/05 | Telephone conference with Attorney Techentin re "common interest" privilege. | 0.2 |
| 03/14/05 | Review emails from Attorney Dick and the Gayters as well as Attorney Dick's deposition testimony for use in the Wyndham Defendants' Reply Brief to Plaintiffs' Opposition to our Petition to Enforce Subpoena. | 1.0 |
| 03/14/05 | Telephone conference with Attorney Techentin re his review of Attorney Dick's and Gayter emails and Attorney Dick's deposition testimony for use in the Wyndham Defendants' Reply Brief to Plaintiffs' Opposition to our Petition to Enforce Subpoena. | 0.2 |
| 03/15/05 | Telephone conference with Attorney Techentin re revisions to the Wyndham Defendants' Reply Brief. | 0.4 |
| 03/15/05 | Review and make final revisions to the Wyndham Defendants' Reply Brief to Plaintiffs' Opposition to the Wyndham Defendants' Petition to Enforce Subpoena Duces Tecum pending in the District Court of Rhode Island, for filing with Court today. | 0.4 |
| 03/15/05 | Telephone conference with Attorney Techentin re Exhibits and the final revisions to the Wyndham Defendants' Reply Brief to Plaintiffs' Opposition to the Wyndham Defendants' Petition to Enforce Subpoena Duces Tecum to be filed today with the District Court of Rhode Island. | 0.3 |
| 03/17/05 | Telephone conference with Attorney Techentin re preparation for oral argument on March 21, 2005. | 0.4 |
| 03/22/05 | Telephone conference with Attorney Techentin re outcome of hearing in the District Court of Rhode Island dealing with the James deposition and production of document. | 0.2 |
| 03/22/05 | Receive and review proposed Order for submission to the Rhode Island Court which granted the Wyndham Defendants Petition for Enforcement of Subpoena Duces Tecum. | 0.1 |

| | | |
|---|---|---|
| 03/22/05 | Telephone conference with Attorney Techentin re modifications to proposed Order for submission to the Rhode Island Court today. | 0.1 |
| 3/31/05 | Correspondence to Attorney Jobes re producing subject documents per the Court's Order. | 0.4 |
| 4/01/05 | Receive and review Linda James document per Rhode Island Magistrate Judge Martin's March 21 Order. | 0.4 |
| 4/04/05 | Telephone conference with Attorney Techentin re production of James document and depositions of James and Flanagan families. | 0.2 |
| 04/06/05 | Telephone conference with Attorney Techentin re depositions of Brian and Linda James per Judge Martin's Order. | 0.3 |
| 04/07/05 | Prepare separate Notices of Continuation of Deposition Duces Tecum for Brian James and Linda James per the Court's Order of March 29. | 0.5 |
| 04/07/05 | Telephone conference with Attorney Techentin re depositions of James/Plaintiffs and Flanagan/Plaintiffs. | 0.2 |
| 04/07/05 | Correspondence to Attorney Techentin re correspondence from Plaintiffs as to Flanagan and James depositions; Linda James' Notes produced per the March 29 Court Order; Notices of Continuation of Deposition Duces Tecum for Brain James and Linda James per the Court's Order of March 29 and Flanagan Motion for Leave. | 0.2 |
| 04/13/05 | Telephone conference with Attorney Jobes re appearance at James depositions and Plaintiffs' production of documents per the Court's March 29 Order. | 0.2 |
| 04/13/05 | Telephone conference with Attorney Techentin re Plaintiffs' Rule 45 letter objections to James depositions; documents produced by Plaintiffs per the Order of the District Court in Rhode Island; preparation for the James depositions tomorrow; | |

| | | |
|---|---|---|
| | appearance of Plaintiffs' counsel, Flanagan depositions and the Order of Court. | 0.5 |
| 04/13/05 | Review Defendants' Motion to Enforce Subpoena, Plaintiffs' Opposition to same, Defendants' Reply Brief and new documents produced by Plaintiffs in preparation for depositions tomorrow of Brian James and Linda James per the March 29 Order of the District Court of Rhode Island. | 1.0 |
| 04/14/05 | Telephone conference with Attorney Techentin re conversation with Attorney Jobes, her appearance today at James depositions, privilege log and additional documents to be produced. | 0.6 |
| 04/14/05 | Correspondence to Attorney Jobes re her appearance today at depositions of Brian and Linda James, privilege log and additional documents to be produced. | 0.5 |
| 04/14/05 | Review Plaintiffs' Privilege Log, prior deposition testimony of Linda and Brian James, documents newly produced by Plaintiffs, and prepare cross-examination for Brian James and Linda James in accordance with the Court's March 29 Order. | 2.9 |
| 4/14/05 | Receive and review Attorney Jobes' letter re depositions of Linda and Brian James to be taken today, Plaintiffs Privilege Log and documents newly produced by Plaintiffs. | 0.2 |
| 4/14/05 | Appear for the telephonic depositions of Plaintiffs Brian and Linda James in accordance with the Court's March 29 Order. | 4.0 |
| 04/27/05 | Telephone conference with Attorney Techentin re filing Motion to Compel in Rhode Island as to additional James documents not produced by Plaintiffs. | 0.2 |
| 05/05/05 | Telephone conference with Attorney Techentin re filing motion in Rhode Island to compel the production of additional documents from James plaintiffs. | 0.2 |
| 05/09/05 | Telephone conference with Attorney Jobes re Plaintiffs' request for an extension of time to respond to the Wyndham Defendants' | |

| | | |
|---|---|---|
| | pending motion in Rhode Island regarding the production of additional James documents. | 0.1 |
| 05/09/05 | Telephone conference with Attorney Techentin re Plaintiffs' request for an extension of time to respond to the Wyndham Defendants' pending motion in Rhode Island regarding the production of additional James documents. | 0.2 |
| 05/09/05 | Receive and review the Wyndham Defendants' Motion to Compel filed in Rhode Island dealing with Plaintiffs' failure to produce documents. | 0.4 |
| 05/17/05 | Receive and review correspondence from Attorney Jobes re production of additional James documents. | 0.1 |
| 05/17/05 | Telephone conference with Attorney Techentin re new documents produced by Plaintiffs and Plaintiffs' Opposition to Motion to Compel filed today. | 0.2 |
| 06/15/05 | Telephone conference with Attorney Techentin re hearing today before Magistrate Judge Martin dealing with the Wyndham Defendants' Motion to Compel the James to produce all documents. | 0.3 |
| 06/29/05 | Receive and review Judge Martin's written Order and Memorandum Opinion issued today out of the District Court of Rhode Island granting the Wyndham Defendants' Motion to Compel and the award of attorney fees and costs with respect to the ongoing James discovery issues. | 0.8 |
| 06/30/05 | Receive and review new documents just produced by Plaintiffs, which Plaintiffs had previously claimed were privileged, as compelled by Judge Martin's June 29, 2005 Order. | 0.6 |

5. All of the above attorney time, totaling 32.7 hours, was billed at undersigned counsel's usual billing rate of $200.00 per hour, totaling the sum of $6,540.00.

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of July, 2005. By: [signature]
DOUGLAS C. BEACH, Declarant