**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KEVIN FLANAGAN and EILEEN FLANAGAN, in their own right and as next friend of C.F., a minor,<br><br>vs.<br><br>WYNDHAM INTERNATIONAL, INC., WYNDHAM MANAGEMENT CORP., SUGAR BAY CLUB AND RESORT CORP., RIK BLYTH, and BRYAN HORNBY. | C.A. No.: 05-MC-23 S<br><br>Now pending in the United States District Court for the District of the Virgin Islands as C.A. 2002/237-G/C and C.A. 2003/155-G/C |
| BRIAN and LINDA JAMES, as parents and next friend, and on behalf of B.J., a minor,<br>vs.<br><br>WYNDHAM INTERNATIONAL, INC., WYNDHAM MANAGEMENT CORP., SUGAR BAY CLUB AND RESORT CORP., RIK BLYTH, and BRYAN HORNBY. | |

**DECLARATION OF RICHARD R. BERETTA, JR.**

I, Richard R. Beretta, Jr., declare and state as follows:

1. I am an attorney licensed to practice in the State of Rhode Island, and a partner at Adler Pollock & Sheehan P.C. ("AP&S"), and am the attorney responsible for the billing of AP&S fees and costs to the Defendants, Wyndham International, Inc., Wyndham Management Corp., Sugar Bay Club And Resort Corp., and Rik Blyth in the above referenced matter.

2. I make this Declaration on personal knowledge as well as my review of the file in this matter.

3. In my preparation for this Declaration, I reviewed the billing memoranda and invoices issued by AP&S in this matter and cost disbursement information, and consulted with the attorneys responsible for the day-to-day management of this case.

4. With respect to its representation of the Defendants in connection with the Defendant's Petition to Enforce Subpoenae and Motion to Compel, AP&S incurred $23,837.50 in legal fees, and $868.50 in disbursements, for a total of $24,706. Prior to issuing invoices to the Defendants, I reviewed and deleted any time that I considered to be redundant, duplicative, unnecessary, excessive or otherwise not properly chargeable.

5. The hours each attorney worked for which Defendants seek recovery of fees and their respective billing rates are as follows: Richard R. Beretta, 1 hour, $350 per hour; Geoffrey W. Millsom, 10.1 hours, $300 per hour; and Jeffrey K. Techentin, 80.75 hours, $200 per hour. The rates are those that AP&S ordinarily charges to private fee-paying clients. The detailed explanation for that time is as follows:

**Fee Information: Jeffrey K. Techentin**

| | Date | Description | Hours | |
|---|---|---|---|---|
| | | | | |
| | 2/04/05 | Telephone call with D. Beach regarding compelling additional responsive information from James plaintiffs; research regarding Circuit case law on work-product protection; forward same to D. Beach for review. | 1.50 | |
| | 2/09/05 | Review and analysis of depositions of James' plaintiffs; draft letter to C. Feuling regarding charge for response to subpoena. | 2.25 | |
| | 2/10/05 | Research regarding claims of privilege based on "common interest" doctrine; telephone call with court regarding procedures to enforce subpoena; review deposition transcripts of James depositions; research and draft petition to enforce subpoenae and related documents. | 6.25 | |
| | 2/11/05 | Research and draft petition to compel compliance with subpoenae duces tecum; conference with D. Beach regarding same. | 4.50 | |
| | 2/14/05 | Research and draft petition to enforce subpoenae duces tecum and related papers. | 6.50 | |

| | | | | |
|---|---|---|---|---|
| | 2/24/05 | Review materials filed re petition to enforce subpoenae. | 0.50 | |
| | 3/01/05 | Review docket information; draft analysis of local rules on time limits for Plaintiffs' opposition for Attorney D. Beach; review brief and related materials; attention to forwarding of stamped copies to Attorney D. Beach. | 0.50 | |
| | 3/02/05 | Attention to information request from Attorney D. Beach regarding status of opposition to motion to enforce subpoenae and possible reply brief. | 0.25 | |
| | 3/03/05 | Attention to docket information regarding status of petition to enforce subpoenae; e-mail correspondence with Attorney D. Beach regarding same and possible reply brief. | 0.25 | |
| | 3/08/05 | Review docket information regarding response of Plaintiffs to motion to compel deposition testimony and document production; confer with Attorney D. Beach re same. | 0.25 | |
| | 3/09/05 | Review and analysis of Plaintiffs' brief in opposition to motion to compel and cases cited therein; review materials appended as exhibits; telephone call with clerk's office regarding possible reply brief; confer with Attorney D. Beach re possible reply; research re application of common interest doctrine in criminal/civil context; telephone call with clerk re orders granting motions to exceed page limits. | 3.50 | |
| | 3/10/05 | Research for reply brief in support of motion to compel deposition testimony and document production; confer with Attorney D. Beach re same. | 1.75 | |
| | 3/11/05 | Draft reply brief in support of motion to enforce subpoenae duces tecum. | 0.75 | |
| | 3/14/05 | Prepare reply memorandum; confer with Attorney D. Beach re same and re possible exhibits; review documents produced by plaintiffs in response to District Court's overruling of finding of common interest privilege; review documents provided by Attorney D. Beach. | 2.75 | |
| | 3/15/05 | Research and draft reply brief in support of petition to enforce subpoenae; confer with Attorney D. Beach re contents of same; telephone call with clerk re filing of reply memorandum. | 3.50 | |
| | 3/17/05 | Review and analysis of case law cited in plaintiffs' opposition papers; draft outline of argument; confer with Attorney D. Beach re argument of petition to enforce subpoenae. | 1.50 | |
| | 3/18/05 | Prepare for argument on petition to enforce subpoenae; review brief; attention to revised brief from Plaintiffs; review deposition testimony. | 2.50 | |
| | 3/20/05 | Review briefs and deposition transcripts for oral argument on petition to compel subpoenae. | 1.50 | |
| | 3/21/05 | Prepare for and argue petition to enforce subpoenae; draft proposed form of order. | 3.00 | |
| | 3/22/05 | Telephone call with Attorney D. Beach re hearing on petition and contents of order sur same; draft proposed form of order. | 0.50 | |

| | | | | |
|---|---|---|---|---|
| | 3/24/05 | Telephone call with Attorney D. Beach re entry of order; review docket sheet and forward to Attorney D. Beach for use in Virgin Islands proceedings. | 0.25 | |
| | 3/25/05 | Telephone call with Attorney D. Beach re order on petition to compel. | 0.25 | |
| | 3/29/05 | Telephone call with court clerk re issuance of order; attention to receipt. | 0.50 | |
| | 4/04/05 | Telephone call with Attorney D. Beach regarding Flanagan and James depositions; attention to logistics in support of same. | 0.50 | |
| | 4/06/05 | Draft deposition outlines for James depositions sur contacts with Attorney General's office; telephone call with Attorney D. Beach regarding Flanagan and James depositions. | 1.50 | |
| | 4/07/05 | Prepare for depositions of L. James and B. James; review materials from Attorney D. Beach sur same; confer with Attorney D. Beach re outline for depositions; draft same. | 2.00 | |
| | 4/8/05 | Draft outline of deposition questions sur newly produced memorandum by L. James. | 0.50 | |
| | 4/11/05 | Review deposition transcripts of Linda James and Brian James; prepare outline of deposition questions; e-mail correspondence with Attorney D. Beach re status of depositions. | 1.25 | |
| | 4/13/05 | Prepare deposition outline for James plaintiffs; confer with Attorney D. Beach re order on Flanagan depositions; review deposition transcripts of L. James and B. James; review and analysis of document produced by James plaintiffs; confer with Attorney D. Beach re topics of deposition and documents produced by James plaintiffs. | 2.00 | |
| | 4/14/05 | Confer with Attorney D. Beach re conduct of depositions of James plaintiffs; review new documents produced by plaintiffs; review plaintiff's privilege log; confer with Attorney D. Beach re additional documents to be demanded from plaintiffs; prepare for and attend depositions f L. James and B. James. | 5.75 | |
| | 4/15/05 | Attention to consideration of results of depositions of Brian and Linda James and possible further motion to compel. | 0.50 | |
| | 4/18/05 | Confer with Attorney D. Beach re possible further motion to compel; attention to obtaining draft transcripts; review same. | 0.75 | |
| | 4/20/05 | Research re work product applicability to documents on B. James privilege log. | 1.75 | |
| | 4/21/05 | Review deposition transcripts of B. James and L. James for possible motion to compel; e-mail correspondence with Attorney D. Beach re same; confer with firm attorney (R. R. Beretta) re same. | 0.50 | |
| | 4/22/05 | Research re applicability of claimed privilege to documents withheld by Plaintiffs; research re waiver issues. | 1.25 | |
| | 4/25/05 | Research re scope of privilege with respect to materials withheld by James Plaintiffs. | 1.25 | |

| | | | | |
|---|---|---|---|---|
| | 4/27/05 | Review deposition transcripts of James plaintiffs for motion to compel; draft memorandum in support of motion to compel; telephone call and e-mail correspondence with Attorney D. Beach re motion to compel documents from James Plaintiffs. | 1.00 | |
| | 4/28/05 | Research and draft motion to compel documents withheld from production by James plaintiffs. | 2.50 | |
| | 4/29/05 | Research and draft motion to compel; attention to filing and service of same. | 4.00 | |
| | 5/9/05 | Confer with Attorney D. Beach re extension of time for response by James Plaintiffs to motion to compel; telephone call with Attorney J. Jobes re same. | 0.50 | |
| | 5/16/05 | Attention to request for extension of time from plaintiffs' counsel. | 0.25 | |
| | 5/18/05 | Review and analysis of plaintiff's opposition to motion to compel. | 0.75 | |
| | 6/03/05 | Research and draft reply memorandum in support of motion to compel documents from James plaintiffs. | 3.25 | |
| | 6/07/05 | Draft and file reply memorandum in support of motion to compel. | 1.25 | |
| | 6/14/05 | Review briefs sur motion to compel for hearing 6/15. | 0.75 | |
| | 6/15/05 | Prepare for and attend hearing on motion to compel. | 2.00 | |
| | | **Total Hours (J. Techentin)** | **80.75** | |
| | | **Rate:** | **$250.00** | |
| | | **Total Fees:** | **$20,187.50** | |

**Fee Information: Geoffrey W. Millsom**

| | Date | Description | Hours | |
|---|---|---|---|---|
| | 2/14/05 | Advise J. Techentin regarding federal court filing requirements; review pleadings. | 0.5 | |
| | 2/15/05 | Confer with Attorney D. Beach regarding local rules; research oral argument requirements; draft pro hac vice paperwork; research requirements regarding same; assemble paperwork and ehibits; edit motions in anticipation of filing. | 2.00 | |
| | 2/16/05 | Confer with Attorney D. Beach regarding pleadings; revise pleadings; locate and review discovery orders in underlying proceeding. | 7.50 | |
| | 3/01/05 | Confer with J. Techentin regarding status, response deadlines and upcoming events. | 0.10 | |
| | | **Total Hours (G. Millsom)** | **10.1** | |
| | | **Rate:** | **$300** | |
| | | **Total Fees:** | **$3,300.00** | |

**Fee Information: Richard R. Beretta**

| Date | Description | Hours |
|---|---|---|
| 4/19/05 | Attention to discovery dispute | 0.25 |
| 4/21/05 | Communication with firm attorney (J. Techentin) re discovery matters | 0.25 |
| 6/15/05 | Conference with firm attorney (J. Techentin) re discovery hearing | 0.5 |
| | **Total Hours (R. Beretta)** | **1** |
| | **Rate:** | **$350.00** |
| | **Total Fees:** | **$350.00** |

6. The expenses incurred and disbursements made by AP&S on the Plaintiff's behalf are as follows: $684.00 for the deposition transcripts for the continued depositions of the Plaintiffs Brian and Linda James, and $184.50 for the transcript of the hearing held on June 15, 2005. These expenses and disbursements were reasonably and necessarily incurred in representing the Defendants in this Court, and are of the type ordinarily charged to our private fee-paying clients, and have or will be charged to the Defendants.

7. Based on the above, it is my opinion that the fees and expenses incurred and detailed above are fair and reasonable.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF JULY, 2005.

Dated: July 8, 2005

Richard R. Beretta, Jr.

*338374_1.doc*