**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEVIN FLANAGAN and EILEEN FLANAGAN,**
**Plaintiffs,**

**v.**

**WYNDHAM INTERNATIONAL, INC., *et al.*,**
**Defendants.**

**and**

**BRIAN JAMES and LINDA JAMES,**
**Plaintiffs,**

**v.**

**WYNDHAM INTERNATIONAL, INC., *et al.*,**
**Defendants**

**C.A. No.: 05-MC-23(S)**

**(Now pending in the U.S. District Court for the District of the Virgin Islands, Nos. 2002/237- and 2003/155-M/R)**

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiffs Brian and Linda James hereby move that ENU A. MAINIGI, ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes:
- ■ *Pro hac vice* counsel's long-standing representation of the client,
- ☐ The local trial bar lacks experience in the field of:
- ☐ The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

☐ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.

☐ Other:________________________________________

Attorney for Plaintiffs,
BLISH & CAVANAGH LLP

By: Joseph V. Cavanagh (med) Mary C Dunn

Joseph V. Cavanagh, Jr., Esq.
Mary Cavanagh Dunn, Esq.
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900
(401) 751-7542 (facsimile)

WILLIAMS & CONNOLLY LLP
Joseph G. Petrosinelli, Esq.
Enu A. Mainigi, Esq.
Jana D. Jobes, Esq.
Erin B. Andrews, Esq.
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (facsimile)

August 24, 2005

*Counsel for Plaintiffs*

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. I hereby certify that I am a member in good standing of the bars of: the State Maryland and the District of Columbia; the United States District Court for the District of Columbia; the United States District Court for the District of Maryland; and the United States Court of Appeals for the Sixth Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or any other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, and I acknowledge and agree to observe and to be bound by, the Local Rules and Orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local associate counsel identified below, and I have read Local Rule 5, acknowledged, and will observe the requirements of it respecting the participation of local associate counsel, recognizing

that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

---

I certify that I have read and join in the foregoing Motion, and I acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Enu A. Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (facsimile)

Joseph V. Cavanagh, Jr. #1139
Mary Cavanagh Dunn#6712
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (facsimile)

---

ORDER:

This Motion is hereby ____________________

______________________________
United States District Judge

Date: ________________

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2005, I caused a true copy of the foregoing Motion For Entry Of Appearance Pro Hac Vice and Attorney Certification to:

Via Hand Delivery:

Geoffrey W. Millsom
Jeffrey K. Techentin
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

*Counsel for Defendants Wyndham International, Inc., Wyndham Management Corp., and Sugar Bay Club & Resort Corp. and Rik Blyth*

Via First Class Mail:

Douglas C. Beach, Esq.
DUDLEY, CLARK & CHAN, LLP
9720 Estate St. Thomas, Suite 1
St. Thomas, VI 00802

*Counsel for Defendants Wyndham International, Inc., Wyndham Management Corp., and Sugar Bay Club & Resort Corp. and Rik Blyth*

John A. Zebedee, Esq.
HYMES & ZEBEDEE, P.C.
10 Norre Gade, 3rd Floor
Charlotte Amalie
St. Thomas, VI 00804-0990

*Counsel for Defendant Bryan Hornby*

Mary C Owen
______________________