AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Flanagan + James

v.

Wyndham International

APPEARANCE

CASE NUMBER: 05-MC-23(S)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Brian and Linda James

I certify that I am admitted to practice in this court.

8/24/05
*Date*

Mary Cavanagh Dunn
*Signature*

Mary Cavanagh Dunn #6712
*Print Name* *Bar Number*

30 Exchange Terrace
*Address*

Providence RI 02903
*City* *State* *Zip Code*

831-8900 751-7542
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher