UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: MC 05-23S** **DATE: August 24, 2005**

**TITLE: KEVIN FLANAGAN, ET AL v. WYNDHAM INTERNATIONAL, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Mary Dunn**
**Enu Mainigi**

**Defendant: Jeffrey Techentin**

******************************************************************************

**Proceedings: Defendants' Request for Attorneys Fees**

**All counsel of record present. Both sides argue. Court takes matter under advisement.**