05-MC-23S

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 03 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN FLANAGAN, et al.

vs.

WYNDHAM INTERNATIONAL INC., et al.
and BRIAN JAMES, et al.

vs.

WYNDHAM INTERNATIONAL INC., et al.

Case Numbers: 2002/237 – G/C and
2003/155 – G/C*
*Currently pending in the U.S. District Court, District of Virgin Islands

PASSED per letter from Rhode Island Hospital's counsel of January 10, 2006.
David L. Martin 1-11-06
DAVID L. MARTIN, USMJ

## MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER

Now comes Rhode Island Hospital (the "Hospital") and seeks a Protective Order from this Court and/or an Order quashing the subpoena served on December 28, 2005, regarding certain health care information sought in the above-captioned matter. (Please see attached Exhibit "A".) In support of this Motion, the Hospital states that the medical records sought are subject to protection by state law. In further support of the Motion, the Hospital relies upon the argument set forth below.

## ARGUMENT

### A. The Information Sought is Confidential and Privileged.

The Confidentiality of Health Care Communications and Information Act (the "Act"), R.I. Gen. Laws § 5-37.3-1 et seq., generally bars the disclosure of a patient's confidential health care information without the patient's written consent. The Act also subjects violators to both actual and punitive damages, as well as criminal penalties. R.I. Gen. Laws § 5-37.3-4 (a)(1)-(3).

RECEIVED
JAN 0 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

P1304041

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 1/3/06